COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| FRANKIE ROGERS, | § | No. 08-19-00157-CV |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | County Court at Law No. 5 |
| | § | |
| MARY CROSIER, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2019DCV1918) |
| | § | |

## MEMORANDUM OPINION

Frankie Rogers has filed notice of appeal from an order granting a writ of habeas corpus for the return of a child. An order granting a writ of habeas corpus for possession of a child is not appealable. *Gray v. Rankin*, 594 S.W.2d 409, 409 (Tex. 1980)(per curiam). We sent Appellant notice that the order is not appealable and gave Appellant an opportunity to file a response showing that we have jurisdiction. Appellant has not filed any response. Accordingly, we dismiss the appeal for lack of jurisdiction.

July 5, 2019

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.